IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO. 1:06-cv-00157-MP-AK

TWENTY-NINE FIREARMS AND
VARIOUS AMMUNITION,

    Defendant.

_____/

## **DECREE OF FORFEITURE**

This matter is before the Court on Doc. 20, the Government's Motion for Decree of Forfeiture. On August 7, 2006, a Verified Complaint of Forfeiture In Rem against the defendant property, Twenty-nine Firearms and Various Ammunition, was filed on behalf of the plaintiff, United States of America. The Complaint alleges that the defendant property, more particularly described in the government's Motion for Decree of Forfeiture Exhibit A, is forfeitable to the United States of America pursuant to 18 U.S.C. §924.

It appears that process was fully issued in this action according to law:

That on November 3, 2006, Peter Anton and Edna Anton were individually served with copies of the Verified Complaint for Forfeiture in Rem and Summons and Warrant of Arrest in Rem;

That on December 21, 2006, a Notice of Action and Arrest was published in the Levy County Journal, a newspaper of general circulation.

That on or about May 7, 2007, owner of defendant property, Peter Anton, and the United States of America entered an agreement in which Peter Anton agrees to the forfeiture of the

Case 1:06-cv-00157-MP-AK   Document 21   Filed 04/02/09   Page 2 of 2

defendant property in this civil forfeiture action, should the government prevail in his appeal in related case 1:06cr29-MP.

That on or about May 15, 2007, this Court entered an Order Staying Case until the appeal by Peter Anton, in related criminal case 1:06cr29-MP, is resolved.

That no person or entity has filed a claim.

NOW THEREFORE, on Motion of the Plaintiff, United States of America, for a Decree of Forfeiture, and

WHEREAS the government has prevailed in the appeal in case 1:06cr29-MP, it is hereby

**ORDERED, ADJUDGED and DECREED**:

The defendant property, Twenty-nine Firearms and Various Ammunition, more particularly described in Exhibit A of the Government's Motion for Decree of Forfeiture (Doc. 20), be forfeited to the United States of America, and no right, title, or interest in the property shall exist in any other party.  The defendant property shall be disposed of according to law.

**DONE AND ORDERED** this   *2nd* day of April, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge